**Laurie B. Mapes**, OSB #84167
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice: (503)543-2900
Fax: (503)543-3676
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ANGELA KAY COLE**,                                     Case No. 3:12-cv-00854-RE

        Plaintiff,

        v.                                                              ORDER

**CAROLYN W. COLVIN**,
Acting Commissioner of Social Security,

        Defendant.

---

Based on the Stipulation of the parties and Plaintiff's Application, it is ORDERED that

attorney fees in the amount of $8,500 are awarded to Plaintiff under the Equal Access to Justice

Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, as

discussed in Astrue v. Ratliff, 560 U.S. 586 (2010), payment of this award shall be made by

check payable to and sent to Plaintiff's attorney, Laurie B. Mapes, based on Plaintiff's

assignment of these amounts to Plaintiff's attorney.

ORDER - 1

Any check for EAJA fees shall be mailed to Plaintiff's attorney at the following address:

Laurie B. Mapes, PO Box 1241, Scappoose OR 97056.

DATED this ___7 1___ day of ___Q.~~~5.~___, 2013.

_____
United States District Judge

Submitted on October 20, 2013 by:

s/ Laurie B. Mapes
OSB #84167
(503) 543-2900
Attorney for Plaintiff

ORDER - 2